UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States Courts
Southern District of Texas
FILED

JUL 2 2 2008

Michael N. Milby, Clerk of Court

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) CIVIL NO. 7:08-cv-207 |
| v. | ) CLERK'S RECEIPT |
| 1.71 ACRES OF LAND, More Or Less, Situated in STARR COUNTY, STATE OF TEXAS; and CITY OF ROMA, et al., | ) |
| Defendants. | ) |

I, Michael N. Milby, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on the **22ⁿᵈ** day of **July, 2008**, I received from the United States of America, plaintiff herein, and deposited in the registry of the Court, Check No. **01482323** dated **June 13, 2008** in the sum of **$12,000.00**, being the amount of estimated compensation mentioned in the Declaration of Taking filed in the above-entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

BY: _Earline Jones_
Deputy Clerk