IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2009

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. M-08-207 |
| § | | |
| 1.71 ACRES OF LAND, more or less, § | | |
| situated in STARR COUNTY, STATE OF § | | |
| TEXAS, CITY OF ROMA, TEXAS; and § | | |
| CITY MANAGER CRISANTO SALINAS, § | | |
| ET AL., § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. M-08-213 |
| § | | |
| 0.61 ACRES OF LAND, more or less, § | | |
| situated in HIDALGO COUNTY, STATE OF § | | |
| TEXAS, and PAMELA RIVAS, ET AL., § | | |
| Defendants. | | |

**ORDER**

Plaintiff United States of America filed a Motion for Possession in each of the above-styled actions. The Defendants in each action filed objections to the Government's motion. The briefings filed by the parties do not adequately address the Defendants' objections or their resolution, therefore, the objections are set for hearing by telephonic conference on January 29, 2009 at 10:30 a.m. Plaintiff's counsel Daniel Hu is **ORDERED** to initiate the conference call and provide notice of the hearing to all other parties. The Court further **ORDERS** all parties to appear by landline.

Signed, this the 27th day of January, 2009.

_____
Andrew S. Hanen
United States District Judge