United States District Court
Southern District of Texas
ENTERED

JAN 2 9 2009

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>0.98 ACRES OF LAND, more or less,<br>situated in HIDALGO COUNTY, STATE OF<br>TEXAS, and PAMELA RIVAS, ET AL.,<br>    Defendants. | § § § § § § § § § | Civil Action No. M-08-196 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>1.71 ACRES OF LAND, more or less,<br>situated in STARR COUNTY, STATE OF<br>TEXAS, CITY OF ROMA, TEXAS; and<br>CITY MANAGER CRISANTO SALINAS,<br>ET AL.,<br>    Defendants. | § § § § § § § § § § § | Civil Action No. M-08-207 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>0.61 ACRES OF LAND, more or less,<br>situated in HIDALGO COUNTY, STATE OF<br>TEXAS, and PAMELA RIVAS, ET AL.,<br>    Defendants. | § § § § § § § § § | Civil Action No. M-08-213 |

**ORDER**

During a hearing held on January 29, 2009 in each of the above-styled actions, the parties requested a suspension of the scheduling order and deadlines in this action. The Court hereby grants the parties' request to suspend the deadlines in these actions. The parties are ordered to notify the

Court when the progression of the Secure Border Initiative with respect to each of these properties necessitates the reimposition of a scheduling order.

Signed, this the 29th day of January, 2009.

_____
Andrew S. Hanen
United States District Judge