IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:08-CV-207 |
| | § | |
| 1.71 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN STARR COUNTY, | § | |
| TEXAS; AND CITY OF ROMA, | § | |
| ET AL., | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Richard A. Kincheloe, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to William E. Yahner, the current attorney of record.

Respectfully Submitted,

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

By: *s/ Richard A. Kincheloe*
RICHARD A. KINCHELOE
Assistant United States Attorney
Texas Bar No. 24068107
S. D. Tex. ID No. 1132346
600 E. Harrison, Suite 201
Brownsville, Texas 78520
Tel: (956) 986-6057
Fax: (956) 548-2776
E-mail: Richard.Kincheloe@usdoj.gov

PAGE 1

## CERTIFICATE OF SERVICE

I, Richard A. Kincheloe, Assistant United States Attorney for the Southern District of Texas, hereby certify that on February 10, 2016, I electronically filed the foregoing using the ECF system which will send notification to all counsel of record.

By: *s/ Richard A. Kincheloe*
**RICHARD A. KINCHELOE**
Assistant United States Attorney