# Schedule AA

## SCHEDULE "AA"
## AUTHORITY FOR THE TAKING:

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and is funded by appropriations available to execute the tactical infrastructure program of U.S. Customs and Border Protection.

# Schedule B

**SCHEDULE "B"**
**PUBLIC PURPOSE:**

The public purpose for which said land is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Starr County, Texas

Tract: RGV-RGC-1066          Owner:  City of Roma          Acres: 0.824

A 0.824 of one acre (35,880 square feet) parcel of land out of a portion of Share 11-a, and
Share 10, Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas and
a portion of a tract of land described in a deed to the City of Roma, recorded in Volume
108, Page 637 of the Official Records of Starr County Texas (O.R.S.C.T.), a portion of a
tract of land described in a deed to the City of Roma recorded in Volume 1108, Page 811
O.R.S.C.T. and a portion of a tract of land described in a deed to the City of Roma recorded
in Volume 971, Page 41 O.R.S.C.T., said 0.824 of acre of land being more particularly
described as by metes and bounds as follows:

COMMENCING for reference at a 2" steel pipe found for the northeast corner of a tract of
land described in a deed dated March 10, 1975 to Juan Montalvo and wife Asencion V.
Montalvo, recorded in Volume 384, Page 137 O.R.S.C.T., thence as follows:

SOUTH 27°05'31" EAST, with the east line of said Montalvo tract and the east line of
Water Street, a distance of 659.15 feet to the northeast corner of said City of Roma tract
recorded in Volume 108, Page 637 O.R.S.C.T.;

SOUTH 61°14'29" WEST, with the south line of Water Street, the south line of a tract of
land described in a deed to Ignacio V. Zuniga, et. ux., recorded in File Number 106993
O.R.S.C.T., common with the north line of said City of Roma tract recorded in Volume
108, Page 637 O.R.S.C.T., a distance of 117.52 feet to 5/8 inch iron rod with plastic cap
marked "RODS Surveying, Inc." set for the north corner and **POINT OF BEGINNING**
of the herein described parcel, having grid coordinates of N = 16,673,611.78 and E =
813,943.77.  All bearings and coordinates are based on the Texas State Plane Coordinate
System, South Zone(4205), North American Datum 1983 (96 CORS). All distances and
coordinates are grid and may be converted to surface by multiplying by a combined scale
factor of 1.00004;

1.  THENCE, SOUTH 31°31'09" EAST, leaving said common line, a distance of
    226.93 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc."
    set for an angle corner of the herein described parcel;

2.  THENCE, SOUTH 24°47'54" EAST, a distance of 371.26 feet to a 5/8 inch iron
    rod with plastic cap marked "RODS Surveying, Inc." set in the northwest right-of-

way line of Historical Plaza Road (120 feet wide) for the east corner of the herein described parcel;

3. THENCE, SOUTH 61°35'24" WEST, with said northwest right-of-way line, a distance of 60.12 feet to the south corner of the herein described parcel;

4. THENCE, NORTH 24°47'54" WEST, leaving said northwest right-of-way line, a distance of 371.52 feet to a point for an angle corner of the herein described parcel;

5. THENCE, NORTH 31°31'09" WEST, a distance of 226.30 feet to a point in the common line of said City of Roma tracts for the west corner of the herein described parcel;

THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.07 feet to the **POINT OF BEGINNING** and containing 0.824 of one acre (35,880 square feet) of land.

Tract:  RGV- RGC-1066

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1066
Owner: City of Roma, et. al.
Acres: 0.824

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1070    Owner: Ignacio Zuniga and Eva V. Zuniga      Acres: 0.146

A 0.146 of one acre (6,356 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a tract of land described as "Lot 4 out of Tract 3" in a deed dated April 6, 1981 from Juan Montalvo and Ascencion V. Montalvo to Ignacio Zuniga and Eva V. Zuniga, recorded in File Number 106994 of the Official Records of Starr County Texas (O.R.S.C.T.) and a portion of a tract of land described as "Lot 5 out of Tract 3" in a deed dated April 6, 1981 from Juan Montalvo and Ascencion V. Montalvo to Ignacio Zuniga and Eva V. Zuniga, recorded in File Number 106993, O.R.S.C.T., said 0.146 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the east corner of a said Lot 5, being in the northwesterly line of a tract of land described in a deed to the City of Roma recorded in Volume 108, Page 637, O.R.S.C.T., from which a found 1 inch steel pipe bears SOUTH 61°14'29" WEST, a distance of 1.08 feet, thence as follows:

SOUTH 61°14'29" WEST, with the common line of said Zuniga and City of Roma tracts, a distance of 91.68 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the west corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,673,611.78 and E = 813,943.77. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°14'29" WEST, continuing with said common line, a distance of 60.07 feet to the south corner of the herein described parcel;

2. THENCE, NORTH 31°31'09" WEST, with a distance of 105.94 feet to the northwest line of said Lot 4, a common with the southeast line of a tract of land described in a deed to Donaciano B. Garza and Agustina G. Garza, recorded in File number 108738, O.R.S.C.T., and the west corner of the herein described parcel;

3. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.07 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4. THENCE, SOUTH 31°31'09" EAST, a distance of 105.94 feet to the **POINT OF BEGINNING** and containing 0.146 of one acre (6,356 square feet) of land.
                                                                    Tract: RGV-RGC-1070

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1070
Owner: Ignacio Zuniga and Eva V. Zuniga  et. al.
Acres: 0.146

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1071      Owner: Donaciano B. Garza and              Acres: 0.069
                                   Maria Agustina G. Garza

A 0.069 of one acre (3,000 square feet) parcel of land out of a portion of Share 11-A of
Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion
of a tract of land described as "Lot 3 out of Tract 3" in a deed dated August 12, 1981 from
Juan Montalvo and Ascencion V. Montalvo to Donaciano B. Garza and Maria Agustina G.
Garza, recorded in File Number 108738 of the Official Records of Starr County
Texas(O.R.S.C.T.), said 0.069 of one acre of land being more particularly described by
metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a said Lot 3 and a tract of
land described as "Lot 2 out of Tract 3" in a deed dated March 30, 1981 to Amado Garza
Hinojosa and Benita Rosa Garza, recorded in File Number 106914, O.R.S.C.T., from
which a found iron pin bears NORTH 61°14'29" EAST, a distance of 1.27 feet, thence as
follows:

SOUTH 61°14'29" WEST, with the common line of said Lots 2 and 3, a distance of 100.33
feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north
corner
and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of
N = 16,673,744.71 and E = 813,862.25. All bearings and coordinates are based on the
Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983
(96 CORS). All distances and coordinates are grid and may be converted to surface by
multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 31°31'09" EAST, a distance of 50.00 feet to a 5/8 inch iron
   rod with plastic cap marked "RODS Surveying, Inc." set in the common line of
   said Lot 3 and a tract of land described as "Lot 4 out of Tract 3" in a deed dated
   April 6, 1981 to Ignacio Zuniga, recorded in File Number 106994, O.R.S.C.T. for
   the east corner of the herein described parcel;

2. THENCE, SOUTH 61°14'29" WEST, with said common line, a distance of 60.07
   feet to the south corner of the herein described parcel;

3. THENCE, NORTH 31°31'09" WEST, a distance of 50.00 feet to a point in the
   common line of said Lots 2 and 3 for the west corner of the herein described parcel;

4. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.07
   feet to the **POINT OF BEGINNING** and containing 0.069 of one acre (3,000
   square feet) of land.

                                                      Tract: RGV-RGC-1071

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1071
Owner: Donaciano B. Garza et. al.
Acres: 0.069

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1072        Owner: Amado Garza Hinojosa, et. al.        Acres: 0.069

A 0.069 of one acre (3,015 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a tract of land described as "Lot 2 out of Tract 3" in a deed dated March 30, 1981 from Juan Montalvo and Ascencion V. Montalvo to Amado Garza Hinojosa and Benita Rosa Garza, recorded in File Number 106914 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.069 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a said Lot 2 and a tract of land described as "Lot 1 out of Tract 3" in a deed dated October 2, 1984 to Felix Rodriguez Salinas and Julieta G. Rodriguez, recorded in File Number 125876, O.R.S.C.T., from which a found iron pin bears NORTH 61°14'29" EAST, a distance of 0.41 feet, thence as follows:

SOUTH 61°14'29" WEST, with the common line of said Lots 1 and 2, a distance of 103.51 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates                                                                                      of
N = 16,673,787.33 and E = 813,835.64.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205),North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 33°21'03" EAST, leaving said common line, a distance of 12.52 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

2. THENCE, SOUTH 31°31'09" EAST, a distance of 37.73 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said Lot 2 and a tract of land described as "Lot 3 out of Tract 3" in a deed dated August 12, 1981 to Donaciano B. Garza and Maria Agustina G. Garza, recorded in File Number 108738, O.R.S.C.T. for the west corner of the herein described parcel;

3. THENCE, SOUTH 61°14'29" WEST, with said common line, a distance of 60.07 feet the south corner of the herein described parcel;

4. THENCE, NORTH 31°31'09" WEST, a distance of 33.88 feet to a point for an angle corner of the herein described parcel;

5. THENCE, NORTH 33°21'03" WEST, a distance of 16.38 feet to a point in the common line of said Lots 1 and 2 for the west corner of the herein described parcel;

6. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.19 feet to the POINT OF BEGINNING and containing 0.069 of one acre (3,015 square feet) of land.

Tract: RGV-RGC-1072

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1072
Owner: Amado Garza Hinojosa, et. al.
Acres: 0.069

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1073     Owner: Felix Rodriguez Salinas and wife,     Acres: 0.071
Julieta G. Rodriguez

A 0.071 of one acre (3,106 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a tract of land described as "Lot 1 out of Tract 3" in a deed dated October 2, 1984 from Juan Montalvo and Ascencion V. Montalvo to Felix Rodriguez Salinas and Julieta G. Rodriguez, recorded in File Number 125876 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.071 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a said Lot 1 and a tract of land described as "Lot 2 out of Tract 3" in a deed dated March 30, 1981 from Juan Montalvo and Ascencion V. Montalvo to Amando Garza Hinojosa and Benita Rosa Garza, recorded in File Number 106914, O.R.S.C.T., from which a found iron pin bears NORTH 61°14'29" EAST, a distance of 0.41 feet;

SOUTH 61°14'29" WEST, with the common line of said Lots 1 and 2, a distance of 103.51 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the west corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates                                                                                  of N = 16,673,787.33 and E = 813,835.64. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (1993 adjustment). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 61°14'29" WEST, continuing with said common line, a distance of 60.19 feet to the south corner of the herein described parcel;

2.  THENCE, NORTH 33°21'03" WEST, a distance of 51.77 feet to a point in the common line of said Lot 1 and a tract of land described as "Third Tract" in a deed dated March 10, 1975 from Jacinto Montalvo and Zulema Pena de Montalvo to Juan Montalvo and Ascencion Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T. for the west corner of the herein described parcel;

3.  THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.19 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4.  THENCE, SOUTH 33°21'03" EAST, a distance of 51.77 feet to the **POINT OF BEGINNING** and containing 0.071 of one acre (3,106 square feet) of land.

Tract: RGV-RGC-1073

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1073
Owner: Felix Rodriguez Salinas, et. al.
Acres: 0.071

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1074      Owner:  Juan Montalvo and wife,      Acres: 0.122
Ascencion Montalvo

A 0.122 of one acre (5,305 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of the residue of a called 1.72 acre tract of land described as "Third Tract" in a deed dated March 10, 1975 from Jacinto Montalvo and Zulema Pena de Montalvo to Juan Montalvo and Ascencion Montalvo, recorded in Volume 384, Page 137 of the Official Records of Starr County Texas (O.R.S.C.T.), being the residue of a called 1.72 acre tract, said 0.122 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a ½ inch iron rod found in the common line of said Montalvo tract and a tract of land described as "Lot 6 out of Tract 3" in a deed dated July 17, 1981 to Ricardo Reyes and Esperanza G. Reyes, recorded in File Number 108318, O.R.S.C.T.,

SOUTH 61°14'29" WEST, with the common line of said Montalvo and Reyes tracts, a distance of 40.91 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,673,904.43 and E = 813,758.57. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 33°21'03" EAST, a distance of 88.42 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said Montalvo tract and a tract of land described as "Lot 1 out of Tract 3" in a deed dated October 2, 1984 to Felix Rodriquez Salinas and Julieta G. Rodriguez, recorded in File Number 125876, O.R.S.C.T. for the west corner of the herein described parcel;

2. THENCE, SOUTH 61°14'29" WEST, with said common line, a distance of 60.19 feet to the south corner of the herein described parcel;

3. THENCE, NORTH 33°21'03" WEST, with said proposed southwest acquisition line, a distance of 88.42 feet to a point in the common line of said Montalvo and Reyes tracts for the east corner of the herein described parcel;

4. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.19 feet to the **POINT OF BEGINNING** and containing 0.122 of one acre (5,305 square feet) of land.

Tract: RGV-RGC-1074

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1074
Owner: Juan Montalvo, et. al.
Acres: 0.122

# Schedule CC

**SCHEDULE "CC"**
**PF-225 RIO GRANDE VALLEY SECTOR**
**DEPARTMENT OF HOMELAND SECURITY**
**CUSTOMS AND BORDER PROTECTION**

Tract: RGV-RGC-1075      Owner: Ricardo Reyes and wife,      Acres: 0.100
Esperanza G. Reyes

A 0.100 of one acre (4,366 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a tract of land described as "Lot 6 out of Tract 3" in a deed dated July 17, 1981 from Juan Montalvo and Ascencion V. Montalvo to Ricardo Reyes and Esperanza G. Reyes, recorded in File Number 108318 of the Official Records of Starr County Texas(O.R.S.C.T.), said 0.100 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a ½ inch iron rod found in the common line of said Reyes tract and the residue of a called 1.72 tract of land described as "Third Tract" in a deed dated March 10, 1975 from Jacinto Montalvo and Zulema Pena de Montalvo to Juan Montalvo and Ascencion Montalvo recorded in Volume 384, Page 137, O.R.S.C.T., thence as follows:

SOUTH 61°14'29" WEST, with the common line of said Reyes and Montalvo tracts, a distance of 40.91 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the west corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,673,904.43 and E = 813,758.57.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°14'29" WEST, continuing with said common line, a distance of 60.19 feet to the south corner of the herein described parcel;

2. THENCE, NORTH 33°21'03" WEST, a distance of 72.76 feet to a point in the common line of said Reyes tract and a called 1.51 acre tract of land described as "First Tract" in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T. for the west corner of the herein described parcel;

3. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 60.19 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4. THENCE, SOUTH 33°21'03" EAST, with said proposed northeast acquisition line, a distance of 72.76 feet to the **POINT OF BEGINNING** and containing 0.100 of one acre (4,366 square feet) of land.

Tract: RGV-RGC-1075

# Schedule DD

## SCHEDULE "DD"



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV- RGC-1075
Owner: Ricardo Reyes, et. al.
Acres: 0.1

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1090          Owner: City of Roma                    Acres: 0.166

A 0.166 of one acre (7,214 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of the right-of-way of Historical Plaza (120 feet wide), as shown on the Map of the City of Roma, recorded in Volume 2, Page 353 of the Map Records of Starr County (M.R.S.C.T.), Texas, said 0.166 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a point in the northwest right-of-way line of said Historical Plaza for the south corner of Lot 4 of Block 1 of an unrecorded subdivision and the east corner of a called 1.16 acre tract of land described in a deed dated August 17, 2006 to the City of Roma, recorded in Volume 1108, Page 811, O.R.S.C.T. and a deed dated August 13, 2003 to the City of Roma, recorded in Volume 971, Page 41, O.R.S.C.T., from which a found iron nail bears NORTH 61°35'24" EAST, a distance of 1.85 feet, thence as follows;

SOUTH 61°35'24" WEST, with the northwest right-of-way line of said Historical Plaza and the southeast line of said called 1.16 acre tract, a distance of 114.84 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the proposed northeast right-of-way line of Parcel RGV-RGC 1090 Border Fence (60 feet wide) for the north corner and POINT OF BEGINNING of the herein described parcel, having grid coordinates of N = 16,673,081.30 and E = 814,218.12. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone(4205), North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 24°47'54" EAST, with said proposed northeast right-of-way line, a distance of 120.24 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of the southeast right-of-way line of said Historical Plaza and the northwest line of Lot 1 of Block 7 of said unrecorded subdivision for the east corner of the herein described parcel;

2.  THENCE, SOUTH 61°35'24" WEST, with said common line, a distance of 60.12 feet to a point in the proposed southwest right-of-way line of said RGV-RGC 1090 for the south corner of the herein described parcel;

3.  THENCE, NORTH 24°47'54" WEST, with said proposed southwest right-of-way line, a distance of 120.24 feet to a point in the common line of the northwest right-of-way line of said Historical Plaza and the southeast line of said called 1.16 acre tract for the west corner of the herein described parcel;

4. THENCE, NORTH 61°35'24" EAST, with said common line, a distance of 60.12 feet to the **POINT OF BEGINNING** and containing 0.166 of one acre (7,214 square feet) of land.

**Tract: RGV-RGC-1090**

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1090
Owner: City of Roma
Acres: 0.166

# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION
Tract: RGV-RGC-1091        Owner: J. C. Ramirez, et. al.                    Acres: 0.086

A 0.086 of one acre (3,755 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of Lot 1, Block 7, Map of the City of Roma, as shown on the plat thereof, recorded in Volume 2, Page 353 of the Map Records of Starr County, Texas said 0.086 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch pipe found in the intersection of the southwest right-of-way line of Estrella Street (50 feet wide) and the northwest right-of-way line of Juarez Avenue (40 feet wide) for the east corner of Lot 5 of Block 8 of said Map of the City of Roma, thence as follows;

SOUTH 61°35'24" WEST, with the northwest right-of-way line of said Juarez Avenue, at a distance of 245.20 feet passing the northeast right-of-way line of Portshellar Street (50 feet wide) and the south corner of Lot 4 of said Block 8, at a distance of 295.20 feet passing the southwest right-of-way line of said Portshellar Street and continuing for a total distance of 439.20 feet to the south corner of Lot 5 of said Block 7;

NORTH 28°04'11" WEST, a distance of 187.38 feet to the common corner of Lots 1, 2, 7 and 8 of said Block 7;

SOUTH 61°35'24" WEST, with the common line of said Lots 1 and 2, a distance of 232.59 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the east corner
and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,672,915.33 and E = 814,294.80.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 61°35'24" WEST, a distance of 60.12 feet to a point for the south corner of the herein described parcel;

2.  THENCE, NORTH 24°47'54" WEST, a distance of 62.58 feet to a point in the southeast right-of-way line of Historical Plaza (120 feet wide) for the west corner of the herein described parcel;

3.  THENCE, NORTH 61°35'24" EAST, with the southeast right-of-way line of said Historical Plaza, a distance of 60.12 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4.  THENCE, SOUTH 24°47'54" EAST, a distance of 62.58 feet to the **POINT OF BEGINNING** and containing 0.086 of one acre (3,755 square feet) of land.

Tract: RGV-RGC-1091

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1091
Owner: J. C. Rameriz, et. al.
Acres: 0.086

# Schedule CC

## SCHEDULE "CC"
### PF-225 RIO GRANDE VALLEY SECTOR
### DEPARTMENT OF HOMELAND SECURITY
### CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1092          Owner: J. C. Ramirez , et. al.          Acres: 0.086

A 0.086 of one acre (3,755 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of Lot 2 of Block 7 Map of the City of Roma, as shown on the plat thereof, recorded in Volume 2, Page 353 of the Map Records of Starr County, Texas said 0.086 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch pipe found in the intersection of the southwest right-of-way line of Estrella Street (50 feet wide) and the northwest right-of-way line of Juarez Avenue (40 feet wide) for the east corner of Lot 5 of Block 8 of said Map of the City of Roma, thence as follows;

SOUTH 61°35'24" WEST, with the northwest right-of-way line of said Juarez Avenue, at a distance of 245.20 feet passing the northeast right-of-way line of Portshellar Street (50 feet wide) and the south corner of Lot 4 of said Block 8, at a distance of 295.20 feet passing the southwest right-of-way line of said Portshellar Street and continuing for a total distance of 439.20 feet to the south corner of Lot 5 of said Block 7;

NORTH 28°04'11" WEST, a distance of 124.92 feet to the common corner of Lots 2, 3, 6 and 7 of said Block 7;

SOUTH 61°35'24" WEST, with the common line of said Lots 2 and 3, a distance of 236.16 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the east corner
and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,672,858.52 and E = 814,321.05. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°35'24" WEST, a distance of 60.12 feet to a point for the south corner of the herein described parcel;

2. THENCE, NORTH 24°47'54" WEST, a distance of 62.58 feet to a point for the west corner of the herein described parcel;

3. THENCE, NORTH 61°35'24" EAST, a distance of 60.12 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4. THENCE, SOUTH 24°47'54" EAST, a distance of 62.58 feet to the **POINT OF BEGINNING** and containing 0.086 of one acre (3,755 square feet) of land.

Tract: RGV-RGC-1092

# Schedule DD

## SCHEDULE "DD"



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV- RGC-1092
Owner: J. C. Ramirez, et. al.
Acres: 0.086

# Schedule CC

**SCHEDULE "CC"**
**PF-225 RIO GRANDE VALLEY SECTOR**
**DEPARTMENT OF HOMELAND SECURITY**
**CUSTOMS AND BORDER PROTECTION**

Tract: RGV-RGC-1093          Owner: Guadalupe Trevino          Acres: 0.086

A 0.086 of one acre (3,755 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of Lot 3 of Block 7 Map of the City of Roma, as shown on the plat thereof, recorded in Volume 2, Page 353 of the Map Records of Starr County, Texas, said 0.086 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch pipe found in the intersection of the southwest right-of-way line of Estrella Street (50 feet wide) and the northwest right-of-way line of Juarez Avenue (40 feet wide) for the east corner of Lot 5 of Block 8 of said Map of the City of Roma, thence as follows;

SOUTH 61°35'24" WEST, with the northwest right-of-way line of said Juarez Avenue, at a distance of 245.20 feet passing the northeast right-of-way line of Portshellar Street (50 feet wide) and the south corner of Lot 4 of said Block 8, at a distance of 295.20 feet passing the southwest right-of-way line of said Portshellar Street and continuing for a total distance of 439.20 feet to the common southerly corner of Lots 4 and 5 of said Block 7;

NORTH 28°04'11" WEST, a distance of 62.46 feet to the common corner of Lots 3, 4, 5 and 6 of said Block 7;

SOUTH 61°35'24" WEST, with the common line of said Lots 3 and 4, a distance of 239.73 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the east corner
and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,672,801.71 and E = 814,347.30. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°35'24" WEST, a distance of 60.12 feet to a point for the south corner of the herein described parcel;

2. THENCE, NORTH 24°47'54" WEST, a distance of 62.58 feet to a point for the west corner of the herein described parcel;

3. THENCE, NORTH 61°35'24" EAST, a distance of 60.12 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4.  THENCE, SOUTH 24°47'54" EAST, a distance of 62.58 feet to the **POINT OF BEGINNING** and containing 0.086 of one acre (3,755 square feet) of land.

Tract: RGV-RGC-1093

# Schedule DD

## SCHEDULE "DD"



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV- RGC-1093
Owner: Guadalupe Trevino, et. al.
Acres: 0.086

# Schedule CC

## SCHEDULE "CC"
### PF-225 RIO GRANDE VALLEY SECTOR
### DEPARTMENT OF HOMELAND SECURITY
### CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC- 1094       Owner: Karen Lazo                    Acres: 0.090

A 0.090 of one acre (3,928 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of Lot 4 of Block 7 Map of the City of Roma, as shown on the plat thereof, recorded in Volume 2, Page 353 of the Map Records of Starr County, Texas, said 0.090 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch pipe found in the intersection of the southwest right-of-way line of Estrella Street (50 feet wide) and the northwest right-of-way line of Juarez Avenue (40 feet wide) for the east corner of Lot 5 of Block 8 of said Map of the City of Roma, thence as follows;

SOUTH 61°35'24" WEST, with the northwest right-of-way line of said Juarez Avenue, at a distance of 245.20 feet passing the northeast right-of-way line of Portshellar Street (50 feet wide) and the south corner of Lot 4 of said Block 8, at a distance of 295.20 feet passing the southwest right-of-way line of said Portshellar Street and continuing for a total distance of 665.08 feet to the **POINT OF BEGINNING** of the herein described parcel, having grid coordinates                                                                            of
N = 16,672,753.19 and E = 814,388.87.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 61°35'24" WEST, with the northwest right-of-way line of Juarez St. (40 feet wide), a distance of 67.13 feet to a point for the south corner of the herein described parcel;

2.  THENCE, NORTH 55°03'07" WEST, a distance of 20.62 to a point for an angle corner;

3.  THENCE, NORTH 24°47'54" WEST, a distance of 44.11 feet to a point for the west corner of the herein described parcel;

4.  THENCE, NORTH 61°35'24" EAST, a distance of 60.12 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

5.  THENCE, SOUTH 24°47'54" EAST, a distance of 31.68 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner;

6.   THENCE, SOUTH 55°03'07" EAST, a distance of 34.51 feet to the **POINT OF BEGINNING** and containing 0.090 of one acre (3,928 square feet) of land.

Tract: RGV-RGC-1094

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1094
Owner: Karen Lazo, et. al.
Acres: 0.09

# Schedule CC

## SCHEDULE "CC"
### PF-225 RIO GRANDE VALLEY SECTOR
### DEPARTMENT OF HOMELAND SECURITY
### CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1095               Owner:  City of Roma               Acres: 0.062

A 0.062 of one acre (2,685 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of the right-of-way of Juarez Avenue (40 feet wide), as shown on the Map of the City of Roma, recorded in Volume 2, Page 353 of the Map Records of Starr County (M.R.S.C.T.), Texas, said 0.062 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch iron pipe found at the intersection of the southwest right-of-way line of Estrella Street (50 feet wide) and the northwest right-of-way line of said Juarez Avenue for the east corner of Lot 5 of Block 8 of an unrecorded subdivision, thence as follows;

SOUTH 61°35'24" WEST, with the northwest right-of-way line of said Juarez Avenue and the southeast line of said Block 8, at a distance of 245.20 feet passing the south corner of said Block 8 and the northeast line of Portshellar Street (50 feet wide), at a distance of 295.20 feet passing the east corner of Lot 5 of Block 7 and the southwest line of said Portshellar Street and continuing for a total distance of 665.08 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the proposed northeast right-of-way line of Proposed RGV-RGC TBA-4 for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,672,753.19 and E = 814,388.87.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone(4205), North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 55°03'07" EAST, with said proposed northeast right-of-way line, a distance of 44.75 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of the southeast right-of-way line of said Juarez Avenue and the northwest line of Lot 1 of Block 12 of said unrecorded subdivision for the east corner of the herein described parcel;

2.  THENCE, SOUTH 61°35'24" WEST, with said common line, a distance of 67.13 feet to a point in the proposed southwest right-of-way line of said RGV-RGC 1095 for the south corner of the herein described parcel;

3.  THENCE, NORTH 55°03'07" WEST, with said proposed southwest right-of-way line, a distance of 44.75 feet to a point in the common line of the northwest right-

of-way line of said Juarez Avenue and the southeast line of Lot 4 of said Block 7 for the west corner of the herein described parcel;

4. THENCE, NORTH 61°35'24" EAST, with said common line, a distance of 67.13 feet to the **POINT OF BEGINNING** and containing 0.062 of one acre (2,685 square feet) of land.

**Tract: RGV-RGC-1095**

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1095
Owner: City of Roma, et. al.
Acres: 0.062

# Schedule EE

## SCHEDULE "EE"

## ESTATE TAKEN
## FEE, EXCLUDING MINERALS

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding all interest in minerals and the rights appurtenant thereto; reserving the following rights and interest in the property being acquired by the United States and described herein: a perpetual right of way on both sides of the Federal border barrier for the purpose of gaining access to condemnee's land on the other side of the border barrier; and, the United States along and on both sides of the border barrier to read and utilize the nearest border barrier gate for the purpose of accessing condemnee's lands on the other side/ The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee's remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

The estate taken except and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interest in water distribution and drainage systems are subordinated to the construction, operation and maintenance of the border barrier.

# Schedule GG

## SCHEDULE "GG"
## NAMES AND ADDRESSES OF INTERESTED PARTIES:

### Tract RGV-RGC-1066

City of Roma
c/o Ricardo J. Navarro, Esq.
701 E. Harrison Ste 100
Harlingen, TX 78550

Heirs of Rosario G. Cueller
ADDRESS UNKNOWN

Christina Pena
San Perlita, TX 78590

Adolfo Pena, Jr.
Rio Grande City, TX 78582

Annabella Arce Garza
ADDRESS UNKNOWN

Eva Ramirez Arce
ADDRESS UNKNOWN

Laura Alma Arce Saenz
ADDRESS UNKNOWN

Alonzo David Arce
ADDRESS UNKNOWN

Armond Omar Arce
ADDRESS UNKNOWN

Heirs of Arnoldo Homero Arce
ADDRESS UNKNOWN

Heirs of Aaron Arce
ADDRESS UNKNOWN

Enrique E. Arce
ADDRESS UNKNOWN

Roel Edward Arce
ADDRESS UNKNOWN

Lauro Romeo Arce
ADDRESS UNKNOWN

Oscar Rene Arce
ADDRESS UNKNOWN

Heirs of Lionel Arce aka Jose Lionel Arce
ADDRESS UNKNOWN

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582

## Tract RGV-RGC-1070

Eva V. Zuniga
▓▓▓▓▓▓▓▓▓▓
Roma, TX 78584
(Deed Vol. 437, Page 959)

Gaston Zuniga
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Houston, TX 78504
(Affidavit of Heirship Vol. 1291, Page 578)

Dante Zuniga
▓▓▓▓▓▓▓▓▓
McAllen, TX 78504
(Affidavit of Heirship Vol. 1291, Page 578)

Valeria Zuniga
▓▓▓▓▓▓▓
Roma, TX 78584
(Affidavit of Heirship Vol. 1291, Page 578)

Carrol W. Lake
▓▓▓▓▓▓
Kenedy TX 78119
(Oil, Gas and Mineral Lease Vol 697, Page 597)

Citizens State Bank
▓▓▓▓▓▓▓
Roma, TX 78584
(Deed of Trust Vol. 1291, Page 603 and Modification Vol 1314, Page 28)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582

### Tract RGV-RGC-1071

Jaime A. Reseridez
Roma, TX 78584
(Deed Vol 1262, Page 842)

Oneida Trevino
Rio Grande City, TX 78582
(Deed Vol. 887, Page 500)

Carrol W. Lake
Kenedy TX 78119
(Oil, Gas and Mineral Lease Vol 697, Page 597)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582

### Tract RGV-RGC-1072

Amando Garza Hinojosa and Benita Rose Garcia, husband and wife
ADDRESS UNKNOWN
(Deed Vol. 437, Page 676)

Francisco Garza
Roma, TX 78584
(Deed Vol. 1379, Page 211)

Carrol W. Lake
Kenedy TX 78119
(Oil, Gas and Mineral Lease Vol 697, Page 597)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas

401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582


### Tract RGV-RGC-1073

Felix Rodriguez Salinas and Juliet G. Rodriguez, husband and wife
ADDRESS UNKNOWN
(Deed Vol. 446, Page 83)

Carrol W. Lake
███████████
Kenedy TX 78119
(Oil, Gas and Mineral Lease Vol 697, Page 597)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582


### Tract RGV-RGC-1074

Ascencion V. Montalvo
█████████████████
Roma, TX 78584
(Deed Vol. 384, Page 137)

Noelia Montalvo Munoz
████████████
Roma TX, 78584
(Affidavit of Heirship Vol. 1184, Page 334)

Sylvia Montalvo Ramirez
████████████
Roma TX, 78584
(Affidavit of Heirship Vol. 697, Page 597)

Carrol W. Lake
███████████
Kenedy TX 78119
(Oil, Gas and Mineral Lease Vol 697, Page 597)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582


### Tract RGV-RGC-1075

Esperanza Reyes

Roma, TX 78584
(PR 93-12)

Maria Rosalba Reyes

Roma, TX 78584
(PR 93-12)

Ricardo Reyes, Jr.

Roma, TX 78584
(PR 93-12)

Laura Belia Reyes

Roma, TX 78584
(PR 93-12)

Francisca Reyes Aguilar

Corpus Christi, TX
(PR 93-12)

Maribel Reyes

Roma, TX 78584
(PR 93-12 and Warranty Deed of Gift Vol 1446, Page 424)

Esmeralda Reyes

Roma, TX 78584
(PR 93-12)

Jose Guadalupe Reyes

Roma, TX 78584
(PR 93-12)

Carrol W. Lake

Kenedy TX 78119
(Oil, Gas and Mineral Lease Vol 697, Page 597)

Carmen Pena

Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582

### Tract RGV-RGC-1091 and Tract RGV-RGC-1092

Maria Ceclilia Benavidez

Roma, TX 78584
(Distribution and Partion Deed Vol 1308, Page 222)

Noel P. Benavides, Jr.

Roma, TX 78584
(Leases Vol 1240, Page 692)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582

### Tract RGV-RGC-1093

Elva Rosa R. Hinojosa

Sugar Land, TX 77478
(Deed Vol. 1322, Page 790)

Alicia T. Morton

Castle Rock, Colorado 80109
(Deed Vol. 1322, Page 790)

Cayetano Trevino

Roma, TX 78584
(Deed Vol. 1322, Page 790)

Margarita T. LaGrange

Mission, TX 78573
(Deed Vol. 1322, Page 790)

Gloria T. Cantu
McAllen, TX 78504

(Deed Vol. 1322, Page 790)

Andrew Ramirez, III
ADDRESS UNKNOWN
(Affidavit of Heirship Vol. 1436, Page 546)

Christina Denise Ramirez
ADDRESS UNKNOWN
(Affidavit of Heirship Vol. 1436, Page 546)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582


### Tract RGV-RGC-1094

Karen Lazo
Rio Grande City, TX 78582
(Recorded in Starr County under Warranty Deed Vol 774, Page 832)

Heirs of Eduardo Marines and Estefana G. Marines
Unknown Address
(Recorded in Starr County under Warranty Deed Vol 366, Page 354 and Affidavit of
Adoption of a Child and Inheritance Vol 552 Page 277)

First National Bank
Rio Grande City, TX 78582
(Recorded in Starr County under Abtract Judgment Vol 661, Page 486)

Carmen Pena
Tax Assessor-Collector for Starr County, Texas
401 N. Britton Ave, Rm 205
Rio Grande City, TX 78582


### Tract RGV-RGC-1090 and Tract RGV-RGC-1095

City of Roma
c/o Ricardo J. Navarro, Esq.
701 E. Harrison Ste 100
Harlingen, TX 78550

Carmen Pena
Tax Assessor-Collector for Starr County, Texas

**401 N. Britton Ave, Rm 205**
**Rio Grande City, TX 78582**