IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | 7:08-CV-207 |
| 1.71 ACRES OF LAND, MORE OF LESS, SITUTATED IN STARR COUNTY, TEXAS; AND CITY OF ROMA, ET AL.<br>*Defendants* | §<br>§<br>§<br>§ | |

### DEFENDANTS' ORIGINAL ANSWER TO COMPLAINT IN CONDEMNATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, NOEL P. BENAVIDEZ, JR. and MARIA CECILIA BENAVIDEZ, owners of a 1.71 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TEXAS and CITY OF ROMA, ET AL., Defendants in the above entitled and numbered cause, by and through their attorney Baldemar Garza, and respectfully file this, Defendants' Original Answer to Complaint in Condemnation, and for such answer would respectfully show unto the Court as follows:

### I.

Defendants asserts and generally deny each allegation in the Complaint in Condemnation and make request to the court to require Plaintiff to prove any such claims by a preponderance of the evidence in accordance with law.

1

WHEREFORE PREMISES CONSIDERED, the Defendants respectfully pray that Plaintiff's Complaint in Condemnation and all relief sought therein in the petition be dismissed and denied in all things.

        Respectfully submitted,

        Law Office of Baldemar Garza
        200 E. Second St.
        Rio Grande City, Texas 78582
        Tel: (956) 487-7131
        Fax: (956) 487-8806

    By: _____
        Baldemar Garza
        State Bar No. 07730300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Original Answer to Complaint in Condemnation, as filed this the 9th day of March, 2017, has been forwarded to the following:

Mr. Kenneth Magidson,   **Via Fax (713) 718-3303 and Efile**
Mr. Richard A. Kincheloe
United States Attorney
100 Louisiana St., Ste 2300
Houston, TX 77002

Baldemar Garza,
State Bar No. 07730300

3