# Schedule DDD



LAND TO BE CONDEMNED

Tract: RGV- RGC-1093
Owner: Guadalupe Trevino, et al.
Acres: 0.086



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1095
Owner: City of Roma, et al.
Acres: 0.062