IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:08-CV-207 |
| 1.71 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND CITY OF ROMA, ET AL., | § § § § § § | |
| *Defendants.* | § | |

**UNITED STATES' RESPONSE TO THE DISTRICT COURT'S ORDER FOR A CASE STATUS UPDATE**

   **COMES NOW** the United States of America (hereinafter "United States"), and in response to the District Court's October 17, 2018, Order to inform the Court on the status of the case.

   The United States initiated this proceeding with the filing of a declaration of taking and complaint on July 1, 2008. [Doc. Nos. 1 & 2]. The United States deposited estimated just compensation of $12,000 into the registry of the Court on July 22, 2008, and the deposit caused title to certain interests in real property to vest in the United States by operation of the Declaration of Taking Act, 40 U.S.C. § 3114. The United States amended its complaint and declaration of taking on March 3, 2017, [Doc. Nos. 36 & 37], and April 27, 2017 [Doc. Nos. 47 & 48].

   This taking consists of fee along the Rio Grande. The United States originally believed that the City of Roma owned all of the land which it was taking, but the United States subsequently determined that this was incorrect. The City of Roma owned part of the land taken by the United States, but a number of individuals owned the rest. A map of the area appears below:

Page **1** of **3**
*United States' Response to Court's
Order for a Status Update*



Two things are currently impeding the resolution of this case. First, the United States understands that erosion has claimed much of the land taken by the United States in this matter, although the United States still must pay just compensation for what it took. Second, the United States is in the process of determining what additional land, if any, the United States will need to take from owners who are part of this proceeding. In order to streamline the process, the United States intends to address the additional takings in this case.

Dated: November 9, 2018.

Respectfully submitted,

RYAN K. PATRICK,
United States Attorney

By:    *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge

Page **2** of **3**
*United States' Response to Court's
Order for a Status Update*

                                       United States Attorney's Office
                                       Southern District of Texas
                                       Texas Bar No. 24068107
                                       S.D. Tex. ID No. 1132346
                                       1000 Louisiana St., Suite 2300
                                       Houston, Texas 77002
                                       Telephone: (713) 567-9422
                                       Facsimile: (713) 718-3033
                                       Email:  Richard.Kincheloe@usdoj.gov
                                       **Attorney for the United States of America**

## Certificate of Service

    The undersigned certifies that he served the foregoing Status Report on the parties remaining in this case on November 9, 2018, by first-class U.S. mail, postage prepaid.

                                         *s/ Richard A. Kincheloe*
                                        Richard A. Kincheloe
                                        Assistant United States Attorney

Page **3** of **3**
*United States' Response to Court's*
*Order for a Status Update*