**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:08-CV-207 |
| | § | |
| 1.71 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND CITY OF | § | |
| ROMA, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## STATUS REPORT

The United States of America ("United States") files this Status Report to inform the Court regarding the status of this case:

## BACKGROUND

1.   On July 1, 2008, the United States filed its Declaration of Taking ("Declaration") and a Complaint in Condemnation ("Complaint") (Docket Nos. 2 & 1).

2.   On July 22, 2008, the United States deposited into the Registry of the Court its estimated just compensation in the amount of $12,000 (Docket No. 4).

3.   The United States amended its Complaint and Declaration of taking on March 3, 2017, (Docket Nos. 36 & 37), and April 27, 2017 (Docket Nos. 47 & 48).

## STATUS UPDATE

4.   On June 27, 2019, the United States filed its Unopposed Motion to Add Rosario G. Cuellar as Party Defendant and Dismiss Defendant Heirs of Rosario G. Cuellar (Docket No. 95).

5.   On July 2, 2019, the Court granted the United States' Unopposed Motion to Add Rosario G. Cuellar as Party Defendant and Dismiss Defendant Heirs of Rosario G. Cuellar (Docket

No. 96).

6.  The United States is in the process of determining what additional land, if any, the United States will need to take from owners who are part of this proceeding.

7.  The United States originally believed that the City of Roma owned all of the land which it was taking, but the United States subsequently determined that this was incorrect.  The City of Roma owned part of the land taken by the United States, but a number of individuals owned the rest.

8.  The United States has been discussing with landowners and potential interested parties the option of severing the Tracts included in this action (RGV-RGC-1066, RGV-RGC-1070, RGV-RGC-1071, RGV-RGC-1072, RGV-RGC-1073, RGV-RGC-1074, RGV-RGC-1075, RGV-RGC-1090, RGV-RGC-1091, RGV-RGC-1092, RGV-RGC-1093, RGV-RGC-1094, RGV-RGC-1095) into separate proceedings. Severance may be necessary to separate these properties into separate proceedings where outstanding issues may be more efficiently resolved. By severing the Tracts (RGV-RGC-1066, RGV-RGC-1070, RGV-RGC-1071, RGV-RGC-1072, RGV-RGC-1073, RGV-RGC-1074, RGV-RGC- 1075, RGV-RGC-1090, RGV-RGC-1091, RGV-RGC-1092, RGV-RGC-1093, RGV-RGC-1094, RGV-RGC-1095) into separate proceedings, the resolution of the individual actions of each Tract would not be affected by any issues that may arise from the other Tracts.

9.  The United States has also been reaching out to landowners and potential interested parties to discuss the following: (a) The possibility of the United States taking additional land; (b) The need to obtain new rights of entry from the landowners in order proceed with necessary real estate related surveys, environmental studies, geotechnical soil testing, and barrier design within the city limits of Roma; (c) To request information to identify and locate all

potential interested parties.

10. The Unites States has been in discussion with the following:

| | Landowner Conferences | | |
|---|---|---|---|
| | **Landowner Name** | **Conference Held** | **Type** |
| 1 | Christina Pena | 9/26/2019 | Telephone Conference |
| 2 | Maribel Reyes | 10/4/2019 | Telephone Conference |
| 3 | Maria Cecilia Benavidez | 10/7/2019 | Telephone Conference with Attorney Marie E. Delahoussaye |
| 4 | Noel P. Benavidez, Jr. | | |
| 5 | Ascencion V. Montalvo | 9/5/2019 | Telephone Conference with Attorney Paul Gaytan |
| 6 | Noelia Montalvo Munoz | | |
| 7 | Sylvia Montalvo Ramirez | | |
| 8 | Juana Zuniga (Spouse of Gaston Zuniga) | 9/5/2019 | Joint Telephone Conference |
| 9 | Dante Zuniga | | |
| 10 | Valeria Zuniga | | |
| 11 | Armond Arce | 10/3/2019 | Joint Telephone Conference |
| 12 | Alonzo David Arce | | |

11. On Wednesday, September 25, 2019, members of U.S. Border Patrol (USBP) met with representatives of the City of Roma to discuss the results of a hydrology analysis completed for the City of Roma's proposed fence alignment location. The results of the hydrology analysis revealed that the fence alignment met deflection requirements. The proposed fence alignment is compliant with the United States boundary treaties with Mexico and USBP has complied with its consultation requirements.

12. USBP continues to work on design issues as well as the details of some areas and is in the process of confirming an agreement with the City of Roma.

13. Accordingly, once rights of entry are obtained from landowners along the fence alignment, the United States can proceed with necessary real estate related surveys, environmental studies, geotechnical soil testing, and barrier design within the city limits of Roma.

14. Negotiations between the United States and the defendants regarding just compensation

are still ongoing but no agreement has yet been reached.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 3381592
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 992-9435
Facsimile:  (956) 618-8016
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

**JOHN A. SMITH, III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 888-3111
Facsimile:  (361) 888-3234
E-mail: john.a.smith@usdoj.gov

## Certificate of Service

I hereby certify that, on October 7, 2019, I mailed a true and correct copy of the foregoing document via regular mail to all the interested parties for whom the United States has contact information.

By:     *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney