IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:08-CV-207 |
| | § | |
| 1.71 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND CITY OF ROMA, ET AL., | § § § § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF COMPLETED SURVEYS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, United States of America ("United States"), pursuant to representations made to the Court at the February 11, 2020, Status Conference, hereby submits the surveys for the new tracts involved in this case and to inform the Court of their completion. *See* attached surveys marked as Exhibit 1.  These surveys are final subject to the outcome of the title research and may require future amendments should the title research reveal any discrepancies.  The United States, as informed by the United States Army Corps of Engineers, anticipates the completion of the title research and appraisals in the next 80 days.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 3381592
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 992-9435
Facsimile: (956) 618-8016
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

**JOHN A. SMITH, III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

## Certificate of Service

I hereby certify that, on February 21, 2020, I mailed a true and correct copy of the foregoing document via regular mail to all the interested parties for whom the United States has contact information.

By: *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney