United States District Court
Southern District of Texas
**ENTERED**
March 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:08-CV-00207 |
| | § | |
| 1.71 ACRES OF LAND, MORE OR LESS, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Now before the Court is the Unopposed Motion for Substitution of Counsel filed by Defendants Noelia Montalvo Munoz and Sylvia Montalvo Ramirez ("Defendants"). Dkt. No. 124.

The Court finds that Defendants approved this substitution of counsel and that the substitution is not sought for delay only and should be GRANTED.

IT IS THEREFORE ORDERED that Mr. Paul Gaytan is discharged as attorney of record for Defendants, Noelia Montalvo Munoz and Sylvia Montalvo Ramirez, and Mr. Efren Carlos Olivares is hereby substituted as lead counsel of record for Defendants, Noelia Montalvo Munoz and Sylvia Montalvo Ramirez.

SO ORDERED this 31st day of March, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge