IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 7:08-CV-207 |
| § | |
| 1.71 ACRES OF LAND, MORE OR LESS, § | |
| ET AL. § | |

## **ORDER**

After considering the Defendant's Unopposed Motion for Continuance, the Court is of the opinion that the Motion should be granted. It is, therefore,

ORDERED that the Unopposed Motion for Continuance is GRANTED;

ORDERED that this case is continued from its December 8, 2020 trial setting;

ORDERED that all current case deadlines are suspended pending entry of a new scheduling order; and

ORDERED that the case be reset for trial on a date at least six (6) months from the current setting, which date shall be specifically established by further order.

DONE at McAllen, Texas, this _____ day of August, 2020.

_____
Randy Crane
United States District Judge