IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:08-CV-207 |
| 1.71 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND CITY OF ROMA, ET AL., | § § § § § | |
| *Defendants.* | § § | |

**CERTIFICATE OF COMMENCEMENT OF SERVICE BY PUBLICATION**

The Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Texas, hereby certifies that she believes that the Defendants named below cannot be personally served, because after diligent inquiry within the State of Texas, their places of residence and/or business cannot be ascertained by the Plaintiff, or if ascertained, the place or residence and/or business of said Defendant is beyond the territorial limits of personal service as provided in Fed. R. Civ. P. 71.1. As such, the undersigned Assistant United States Attorney will commence service by publication in accordance with Fed. R. Civ. P. 71.1(d)(3)(B).

**PARTIES[1]:**

1. Amando Garza Hinojosa and Benita Rose Garcia, husband and wife.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

---

[1] *See* Dkt. No. 2, Schedule G.

BY:     s/ *Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8004
Facsimile: (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov
Attorney-In-Charge for Plaintiff

and

**ALYSSA IGLESIAS**
Assistant United States Attorney
Southern District of Texas No.: 3610302
Florida Bar No.: 103383
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 992-9351
Facsimile: (956) 992-9425
E-mail: Alyssa.Iglesias@usdoj.gov
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Hilda M. Garcia Concepcion, Assistant United States Attorney for the Southern District of Texas, hereby certify that on July 15, 2021, a copy of the foregoing was served on parties in accordance with the Federal Rules of Civil Procedure.

By:     s/ *Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney