IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:08-CV-207 |
| 1.71 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND CITY OF ROMA, ET AL., | § § § § § § | |
| *Defendants.* | § | |

## CERTIFICATE OF PUBLICATION

Plaintiff's undersigned attorney hereby certifies that she caused the publication of the Notice of Condemnation once a week for three successive weeks in The Monitor. Copies of the publisher's affidavit and the printed notices are attached hereto.[1] Plaintiff's undersigned attorney further certifies that she mailed a copy of the notice to every Defendant who cannot be personally served but whose place of residence was then known, prior to the last publication on July 30, 2021.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:   s/ *Hilda Garcia Concepcion*
**HILDA GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No. 3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8004

---

[1] For reference, the Defendants served in this publication include: (1) Amando Garza Hinojosa and Benita Rose Garcia, husband and wife.

      Facsimile: (956) 618-8016
      E-mail: Hilda.Garcia.Concepcion@usdoj.gov
      Attorney in charge for the Plaintiff

and

**ALYSSA IGLESIAS**
Assistant United States Attorney
Southern District of Texas No.: 3610302
Florida Bar No.: 103383
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 992-9351
Facsimile: (956) 992-9425
E-mail: Alyssa.Iglesias@usdoj.gov

### CERTIFICATE OF SERVICE

I, Hilda M. Garcia Concepcion, Assistant United States Attorney for the Southern District of Texas, hereby certify that on August 5, 2021 a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

    By:  s/ *Hilda Garcia Concepcion*
       **HILDA GARCIA CONCEPCION**
       Assistant United States Attorney