United States District Court
Southern District of Texas
**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:08-CV-00207 |
| § | |
| 1.71 ACRES OF LAND, MORE OR LESS, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO SEVER TRACTS

The Court now considers the United States' Opposed Motion to Sever Tracts (Dkt. No. 149). No party has filed opposition to this Motion and the Court therefore considers it as unopposed. *See* Local Rule 7.3-7.4. After reviewing the Motion, the Court finds the Motion has merit and should be **GRANTED**.

It is hereby **ORDERED** that Tract(s) RGV-RGC-1066, RGV-RGC-1070, RGV-RGC-1071, RGV-RGC-1072, RGV-RGC-1073, RGV-RGC-1074, RGV-RGC-1075, RGV-RGC-1093, RGV-RGC-1094, RGV-RGC-1090, and RGV-RGC-1095 are severed into separate proceedings per track, and Tracts RGV-RGC-1091 and RGV-RGC-1092 are kept within existing civil number 7:08-CV-207. After severance the named defendants in the severed cases will be:

a) RVC-RGC-1066: 0.824 acres of land, more or less, situated in Starr County, State of Texas and City of Roma, Rosario G. Cuellar, Christina Pena, Adolfo Pena, Jr., Annabella Arce Garza, Eva Ramirez Arce, Laura Alma Arce Saenz, Alonzo David Arce, Armond Omar Arce, Heirs of Arnoldo Omero Arce, Heirs of Aaron Arce, Enrique E. Arce, Roel Edward Arce, Lauro Romeo Arce, Oscar Rene Arce, Heirs of Lionel Arce aka Jose Lionel Arce.

b) RGV-RGC-1070: 0.146 acres of land, more or less, situated in Starr County State of Texas and Eva V. Zuniga, Gaston Zuniga, Dante Zuniga, Valeria Zuniga, Carrol W. Lake.

c) RGV-RGC-1071: 0.069 acres of land, more or less, situated in Starr County State of Texas and Jaime Resendez, Oneida Trevino, Carrol W. Lake.

d) RGV-RGC-1072: 0.069 acres of land, more or less, situated in Starr County State of Texas and Amando Garza Hinojosa and Benita Rose Garcia, husband and wife, Francisco Garza, Carrol W. Lake.

e) RGV-RGC-1073: 0.071 acres of land, more or less, situated in Starr County State of Texas and Felix Rodriguez Salinas and Unknown Heirs of Juliet G. Rodriguez (deceased) husband and wife, Carrol W. Lake.

f) RGV-RGC-1074: 0.122 acres of land, more or less, situated in Starr County State of Texas and Noelia Montalvo Muñoz, Sylvia Montalvo Ramirez, Carrol W. Lake.

g) RGV-RGC-1075: 0.100 acres of land, more or less, situated in Starr County State of Texas and Esperanza Reyes, Maria Rosalba Reyes, Ricardo Reyes, Jr., Laura Belia Reyes, Francisca Reyes Aguilar, Maribel Reyes, Esmeralda Reyes, Jose Guadalupe Reyes, Carrol W. Lake.

h) RGV-RGC-1093: 0.086 acres of land, more or less, situated in Starr County State of Texas and Elva Rosa R. Hinojosa, Alicia T. Morton, Cayetano Trevino, Margarita T. LaGrange, Gloria T. Cantu, Andrew Ramirez, III, Christina Denise Ramirez.

i) RGV-RGC-1094: 0.090 acres of land, more or less, situated in Starr County State of Texas and Karen Lazo, Heirs of Eduardo Marines and Estefana G. Marines.

j) RGV-RGC-1090 and RGV-RGC-1095: 0.228 acres of land, more or less, situated in Starr County State of Texas and City of Roma.

The Court further **ORDERS** that the legal description and final surveys, as included in the Amended Declaration of Taking (Dkt. 37-1, Schedules CC and Schedules DD) and Second Amended Declaration of Taking (Dkt. 48, Schedule DDD), be transferred to the severed cases according to tract.

It is further **ORDERED** that the just compensation will also be transferred to the severed cases according to tract, as follows:

a) RGV-RGC-1066: The sum estimated as just compensation is ONE THOUSAND DOLLARS AND NO/100 ($1,000.00) to be transferred to the severed case for tract RGV-RGC-1066.

b) RGV-RGC-1070: The sum estimated as just compensation is NINE HUNDRED DOLLARS AND NO/100 ($900.00) to be transferred to the severed case for tract RGV-RGC-1070.

c) RGV-RGC-1071: The sum estimated as just compensation is FOUR HUNDRED DOLLARS AND NO/100 ($400.00) to be transferred to the severed case for tract RGV-RGC-1071.

d) RGV-RGC-1072: The sum estimated as just compensation is FOUR HUNDRED DOLLARS AND NO/100 ($400.00) to be transferred to the severed case for tract RGV-RGC-1072.

e) RGV-RGC-1073: The sum estimated as just compensation is FOUR HUNDRED DOLLARS AND NO/100 ($400.00) to be transferred to the severed case for tract RGV-RGC-1073.

f) RGV-RGC-1074: The sum estimated as just compensation is SEVEN HUNDRED DOLLARS AND NO/100 ($700.00) to be transferred to the severed case for tract RGV-RGC-1074.

g) RGV-RGC-1075: The sum estimated as just compensation is SIX HUNDRED DOLLARS AND NO/100 ($600.00) to be transferred to the severed case for tract RGV-RGC-1075.

h) RGV-RGC-1093: The sum estimated as just compensation is FIVE HUNDRED DOLLARS AND NO/100 ($500.00) to be transferred to the severed case for tract RGV-RGC-1093.

i) RGV-RGC-1094: The sum estimated as just compensation is FIVE HUNDRED DOLLARS AND NO/100 ($500.00) to be transferred to the severed case for tract RGV-RGC-1094.

j) RGV-RGC-1090 and RGV-RGC-1095: The sum estimated as just compensation is ONE THOUSAND DOLLARS AND NO/100 ($1,000.00) with respect to RGV-RGC-1090 and FOUR HUNDRED DOLLARS AND NO/100 ($400.00) with respect to RGV-RGC-1095. Therefore, the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND NO/100 is to be transferred to the severed case for tracts RGV-RGC-1090 and RGV-RGC-1095.

SO ORDERED this 10th day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge