United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CIVIL ACTION NO. 7:08-CV-00207 |
| | § |
| 1.71 ACRES OF LAND, MORE OR LESS, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER GRANTING MOTION TO STAY AND SETTING STATUS CONFERENCE

This Cause is before the Court on the United States' Motion to Stay Proceedings (Dkt. No. 150). No party has filed opposition to this Motion and the Court therefore considers it as unopposed. *See* Local Rule 7.3-7.4. After reviewing the Motion and file in this cause the Court GRANTS the Motion to stay.

It is hereby **ORDERED** that this matter is set for status conference on January 14, 2022, at 10:00 a.m., before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

It is further **ORDERED** that this cause is **STAYED** during the interim.

The Clerk shall send a copy of this order to all counsel of record.

SO ORDERED this 16th day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge